**Order filed, August 14, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00610-CV

_____

### RICHARD C. FORD, Appellant

### V.

### PREMIER INSTALLATION & DESIGN GROUP, INC. AND MORRIS E. SANFORD, III, Appellee

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2008-66755**

## ORDER

The reporter's record in this case was due **July 31, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cantrece Addison**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM